IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-93 Erie |
| | ) |
| WILLIAM McCONNELL, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**

AND NOW, comes the defendant, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully requests an extension of time to file a dispositive motion in this case for the following reasons:

1. An answer or responsive pleading is due July 19, 2005.

2. Defendants' counsel is in the process of obtaining required state records necessary to respond to the complaint, and additional time is needed to receive and review such.

3. Due to unanticipated litigation responsibilities, counsel will be unable to conduct the necessary legal research in order to timely respond.

4. This request is not intended to prejudice plaintiff nor is it believed prejudice will result.

WHEREFORE, an extension of time of thirty (30) days or until August 18, 2005 to file an answer or responsive pleading is respectfully requested.

        Respectfully submitted,

        **THOMAS W. CORBETT, JR.**
        **Attorney General**

By:    s/Kemal Alexander Mericli
        Kemal Alexander Mericli
        Senior Deputy Attorney General
        Attorney I.D. No. 27703

        Susan J. Forney
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date: July 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Motion for Extension of Time was served upon the following via first-class mail on July 18, 2005.

Ryan Kerwin, DZ-0246
State Correctional Institution
 at Albion
10745 Route 18
Albion, PA 16475

By:    s/Kemal Alexander Mericli
       Kemal Alexander Mericli
       Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:   July 18, 2005