IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-93 Erie |
| | ) |
| WILLIAM McCONNELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2005, upon consideration of the within motion for extension of time, it is hereby **ORDERED** that an additional period of time until August 18, 2005 is **GRANTED** to file defendant's response to plaintiff's complaint.

By the Court:

_____
J.