In The United States District Court
For The Western District of Pennsylvania

Bryan Kerwin : case #05-93 ERIE
:
vs. : Magistrate Judge Susan Baxter
:
Lt. William McConnell : District Judge Sean
: McLaughlin

## Order

And Now, this _____ day of _____, 2005, upon consideration of the attached motion, plaintiff's request for a speedy disposition of his motion for summary judgement prior to August 18, 2005 is hereby _____.

_____
J.