In The United States District Court
For The Western District of Pennsylvania

Bryan Kerwin                            : case # 05-93 ERIE
                                        :
      vs                                : Magistrate Judge Susan Baxter
                                        :
Lt. William McConnell                   : District Judge Sean McLaughlin

## Order

And Now, this _____ day of _____, 2005, upon consideration of the attached Objections to the Magistrate Judge's Order Dismissing Plaintiff's Third Motion For Summary Judgement as Premature, it is hereby.

Ordered and Directed, that plaintiff's request for his motion for summary judgement and statement of undisputed facts to be reinstated and that they remain unopposed and admitted is hereby _____.

_____

J