IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN, )
)
      Plaintiff, )
)
      vs. ) C.A. No. 05-93 ERIE
)
LT. WILLIAM McCONNELL, )
)
      Defendant. )

ORDER

      AND NOW, this 31st day of August, 2005, a Motion to Set Aside Default Judgment (Doc. #26) having been filed by Defendant,

      IT IS HEREBY ORDERED that Plaintiff shall have until September 20, 2005 to file a response thereto.

      S/Susan Paradise Baxter
      Susan Paradise Baxter
      Chief U.S. Magistrate Judge

cm:  All parties of record