IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN, )
)
      Plaintiff, )
)
vs. ) C.A. No. 05-93 ERIE
)
LT. WILLIAM McCONNELL, )
)
      Defendant. )

ORDER

AND NOW, this 12th day of September, 2005, a Brief in Support of the Motion to Set Aside Default Judgment (Doc. #29) having been filed by Defendant,

IT IS HEREBY ORDERED that Plaintiff shall have until September 28, 2005 to file a response thereto.

                                      S/Susan Paradise Baxter
                                      Susan Paradise Baxter
                                      Chief U.S. Magistrate Judge

cm: All parties of record