```
SCI ALBION
Date:9/12/2005 13:56              Receipt #: 05255-U605609-181
Name:KERWIN, RYAN
Booking #:DZ0246                  PCP #:147093
Beginning Balance:$5.19           Ending Balance: $0.15
Location:            Section:A
Block:B              Cell:2038         Bed:

Inventory ID#       Description                 Quantity   Unit    Taxed   Total
A033200202028       TOOTHPASTE, AIM 6 OZ.          1       $1.43     N     $1.43
A087381223174       RAZOR, PROTECTION TWIN BLA     1       $0.13     Y     $0.13
A087381043178       TUNA, FRESH CATCH CHUNK LI     1       $0.89     N     $0.89
A087381043178       TUNA, FRESH CATCH CHUNK LI     1       $0.89     N     $0.89
A04178900257        SOUP, RAMEN ROAST CHICKEN      1       $0.17     N     $0.17
A04178900257        SOUP, RAMEN ROAST CHICKEN      1       $0.17     N     $0.17
A04178900257        SOUP, RAMEN ROAST CHICKEN      1       $0.17     N     $0.17
A087381005053       SOUP, HOT-N-SPICY VEGETABL     1       $0.17     N     $0.17
A087381005053       SOUP, HOT-N-SPICY VEGETABL     1       $0.17     N     $0.17
A087381051395       PRETZELS, ML MINI TWISTS       1       $0.84     N     $0.84
TAX THIS SALE       TAX THIS SALE                  1       $0.01     Y     $0.01
                                                         Total Order:$5.04
```

==================================================================
Inmate Signature Line