Case 1:05-cv-00093-SJM    Document 32    Filed 08/25/2005    Page 1 of 2
Case 1:05-cv-00093-SJM-SPB    Document 24    Filed 08/25/2005    Page 1 of 4
Case 1:05-cv-00093-SJM-SPB    Document 23    Filed 08/25/2005    Page 1 of 4

In The United States District Court
For The Western District of Pennsylvania

Bryan Kerwin                          : Case # 05-93 ERIE
                                      :
vs.                                   : Magistrate Judge Susan Baxter
                                      :
Lt. William McConnell                 : District Judge Sean McLaughlin

<u>Affidavit and
Motion To Entry of Default</u>

Plaintiff hereby declares:

1. The above complaint was filed in this court on March 22, 2005

2. The court files and record herein show that the defendant was served by the United States Marshall with a copy of summons and a copy of plaintiffs complaint on April. 21, 2005. (Exhibit A1; docket entry #11)

3. The defendant was required to file an answer or responsive pleading by June. 20, 2005. (Exhibit A; docket entry #11)

4. However, the defendant instead filed for an extension of time on June 22, 2005 that the court granted on June 27, 2005 extending the answer deadline to July 19, 2005. (Exhibit B; docket entry #15)

Case 1:05-cv-00093-SJM    Document 32    Filed 08/25/2005    Page 2 of 2
Case 1:05-cv-00093-SJM-SPB    Document 24    Filed 08/25/2005    Page 2 of 4
Case 1:05-cv-00093-SJM-SPB    Document 23    Filed 08/25/2005    Page 2 of 4

5. Then on July 18, 2005 the defendant filed for another extension of time that the court granted on July 20, 2005 extending the answer deadline to August 18, 2005. (Exhibit B; docket entry #19)

6. Today, on August 23, 2005, 5 days after the answer deadline, excluding the date thereof, the defendants has failed to answer or otherwise defend as to plaintiff's complaint, or serve a copy of any answer or any defense which he might have had upon plaintiff.

7. The defendant is not in the military service and is not an infant or incompetant.

Wherefore, plaintiff respectfully requests that this honorable court enter default against the defendant for failing to answer or otherwise defend.

I hereby declare under penalty of perjury that the foregoing is true and correct.

8/23/05                                    Bryan Heuvia

**CLERK'S ENTRY OF DEFAULT**
DATE: AUG. 25, 20 05
R.V. Barth, Jr. /by /l
ROBERT V. BARTH, JR., CLERK