In The United States District Court
For The ~~Middle~~ Western District of Pennsylvania

Bryan Kerwin                    : Case # 05-93 ERIE
                                :
    vs.                         : Judge Susan Baxter
                                :
Lt. William McConnell           :

### Order to Show Cause For a Preliminary Injunction and Temporary Restraining Order

Upon the complaint and the memorandum of law submitted herewith, it is:

Ordered that the defendant show cause in room _____ of the United States District Court for the Western District of Pennsylvania, 17 South Park Row, Erie, P.A. 16501, on the _____ day of _____, 2005, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendant, his successors in office, agents and employees and all other persons acting in concert and participation with him, from upholding both of plaintiff's retaliatory misconducts (#'s A95879 and A36723).

It is further ordered that effective immediately, and pending the hearing and determination of this order to show cause, the defendant and each of his officers,

agents, employees, and all persons acting in concert or participation with him, are restrained from upholding both of plaintiff's retaliatory misconducts (#'s A95879 and A36723).

_____          _____
date                                                          Judge's signature