IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN, )
)
      Plaintiff, )
)
      v. )    Civil Action No. 05-93 Erie
)
LT. WILLIAM MCCONELL, )
)
      Defendant. )

## ORDER

AND NOW, this 30th day of November, 2005, and upon consideration of the Plaintiff, Ryan Kerwin's Appeal of Magistrate Judge Susan Paradise Baxter's Order dated July 29, 2005 [Doc. No. 21] dismissing his Motions for Summary Judgment as premature [Doc. No. 12 and Doc. No. 16], it is hereby ORDERED that the Appeal [Doc. No. 22] is DENIED.

                        s/ Sean J. McLaughlin
                        United States District Judge

cc:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge