IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN                    ; CASE NO. 05-93 ERIE
                               ;
   VS.                         ; MAGISTRATE JUDGE SUSAN BAXTER
                               ;
LT. WILLIAM MCCONNELL          ; DISTRICT JUDGE SEAN MCLAUGHLIN

**ORDER**

    And now, this_____day of _____,2005, upon consideration of the attached objections to the Magistrate's order granting the defendant's motion to set aside the default, it is hereby,
    Ordered and Directed, that plaintiff's objections are hereby granted and the default is hereby reinstated.

_____