IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, )<br>    Plaintiff, )<br> )<br>Vs. )  CIVIL ACTION NO. 05-93 Erie<br> )<br>LT. WILLIAM MCCONNELL, )<br>    Defendants. ) | |

**O R D E R**

AND NOW, this 15th day of December, 2005, upon consideration of the Objections/Appeal (Document No. 38) filed by the Plaintiff,

IT IS HEREBY ORDERED that the said Appeal is DENIED

IT IS FURTHER ORDERED that the Order entered on December 7, 2005, by Magistrate Judge Susan Paradise Baxter is hereby AFFIRMED.

_____
Sean J. McLaughlin
United States District Judge

cc: all parties of record