IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN,

        Plaintiff,

v.

LT. WM MCCONELL,

        Defendant.

Civil Action No. 05-93 Erie

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on March 22, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 36], filed on December 7, 2005, recommended that Plaintiff's Motion for Temporary Restraining Order or for Preliminary Injunction [Doc. No. 33] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of January, 2006;

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order or for Preliminary Injunction [Doc. No. 33] is DENIED.

The Report and Recommendation [Doc. No. 36] of Magistrate Judge Baxter, filed on December 7, 2005, is adopted as the opinion of the Court.

                              s/   Sean J. McLaughlin
                                   United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge