In the United States District Court
For the Western District of Pennsylvania

Bryan Kerwin                     : case # 05-93 ERIE
                                 :
     vs.                         : Magistrate Judge Susan Baxter
                                 :
Lt. William McConnell            : District Judge Sean McLaughlin

### Plaintiff's First Request To Production of Documents

Plaintiff requests, pursuant to Rule 34 of the Federal Rules of Civil Procedure, that defendant produce for inspection and copying the following documents:

1. The complete file pertaining to defendant's investigation of plaintiff's harassment claims in this case.
   (file # SCI-A-052-03)

2. A copy of defendant's, Officer Spurlock's, Officer Sabol's, and Sargeant Rhoade's work schedule on and between the dates of August 5, 2003 and August 26, 2003.

A

Please take notice that the above requested documents shall be produced for inspection and copying at S.C.I. Albion. Such documents shall be xeroxed, duplicated or photocopied by defendant or his agents or employees and furnished to plaintiff within 30 days of service hereof.

12/10/05                                         Bryan Kerwin