```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| RYAN KERWIN | : CASE NO. 05-93 ERIE |
| | : |
| VS. | : MAGISTRATE JUDGE SUSAN BAXTER |
| | : |
| LT. WILLIAM MCCONNELL | : DISTRICT JUDGE SEAN MCLAUGHLIN |

### CERTIFICATION OF CONFERENCE

I hereby declare that I made a good faith effort to resolve the discovery dispute in question without court action. **(See attached exhibit)**

\_\_1/22/06\_\_
Date

*Ryan Kerwin* (signature)
Ryan Kerwin
DZ0246

Kemal Alexander Mericli,

Date: January 12, 2006

In re: Kerwin vs. McConnel, case no. 05-93 ERIE

    I sent you requests for production of documents and interrogatories in the above case on December 10, 2005. You were informed in that discovery paperwork that you had 30 days from the date of service to respond. It has now been 33 days since I sent you those discovery requests and I still have not recieved anything from you in response to them.

    If I do not recieve a response from you regarding those discovery requests by January 20, 2006 I will file a motion to compel this discovery with the court and move for sanctions and expenses. I await your response.

Respectfully,

Ryan Kerwin

DZ0246

S.C.I. Albion

10745 Route 18

Albion, PA. 16475-0002