```
          IN THE UNITED STATE DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

RYAN KERWIN                        : CASE NO. 05-93 ERIE
                                   :
    VS.                            : MAGISTRATE JUDGE SUSAN BAXTER
                                   :
LT. WILLIAM MCCONNELL              : DISTRICT JUDGE SEAN MCLAUGHLIN

---

### ORDER

And now, this _____ day of _____, 2006, it is hereby ordered and directed that plaintiff's motion to compel is **Granted.**

It is further ordered that, the defendant will respond to plaintiff's requests for production of documents and interrogatories by _____, 2006.

It is further ordered that, the defendant pay plaintiff the sum of $_____ as reasonable expenses in obtaining this order.

 

_____
Magistrate Judge Susan Baxter