IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN KERWIN,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | C.A. No. 05-93Erie |
| | ) | **District Judge McLaughlin** |
| **WILLIAM MCCONELL,** | ) | **Magistrate Judge Baxter** |
| **Defendant.** | ) | |

**O R D E R**

AND NOW, this 14TH day of February, 2006;

As Defendant has not filed a response to the pending motion to compel,

IT IS HEREBY ORDERED that Plaintiff's motion to compel the production of documents [Document # 41] is GRANTED. Defendant must provide the requested discovery to Plaintiff before February 22, 2006.

S/ Susan Paradise Baxter<br>
SUSAN PARADISE BAXTER<br>
CHIEF UNITED STATES MAGISTRATE JUDGE