IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, ) | |
| ) | Civil Action No. 05-0093E |
| Plaintiff, ) | |
| ) | |
| V. ) | Judge Sean J. McLaughlin |
| ) | Mag. Judge Susan Paradise Baxter |
| LT. WILLIAM McCONNELL, ) | |
| ) | |
| Defendant. ) | Electronically Filed. |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **Defendant's Motion for Summary Judgment** it is hereby **ORDERED** that this motion is **GRANTED**.

BY THE COURT;

_____
J.