# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ryan Kerwin )
)
)
)
Plaintiff )
vs. ) No. CA 05-93 Erie
Lt. Wm. McConell )
)
)
Defendant )

HEARING ON March 3, 2006

Before U. S. Magistrate Judge Susan Paradise Baxter

Ryan Kerwin, pro se                         Kemal Mericli, Esq., Atty General's Off..
                                            Mariah Passarelli, AG's

Appear for Plaintiff                        Appear for Defendant

Hearing Begun 10:40                         Hearing Adjourned to 11:08

Hearing concluded C.A.V.                    Stenographer Ron Bench
                                            CD:          Index:

WITNESSES
For Plaintiff                               For Defendant

Motions for sanctions [Documents # 44 & 49] are denied. Motion to compel included within Doc #49 initiated on the record is dismissed without prejudice & may be reasserted in the event this case survives summary judgment. Motion to amend order [Document # 47] is dismissed as moot.

Pre-trial statements should not be filed until after summary judgment is decided.

π may respond to motion for summary judgment before April 7, 2006.