IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN                              : CASE NO. 05-93 ERIE
                                         :
VS.                                      : MAGISTRATE JUDGE SUSAN BAXTER
                                         :
LT. WILLIAM MCCONNELL                    : DISTRICT JUDGE SEAN MCLAUGHLIN

### PLAINTIFF'S SWORN AFFIDAVIT AUTHENTICATING HIS EXHIBITS OPPOSING THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

I hereby declare under penalty of perjury, and upon my own personal knowledge, that the underlying exhibits attached hereto are authentic:

**EXHIBIT A** - Plaintiff's grievance submitted to Superintendant Wolfe on July 23, 2003.

**EXHIBIT B** - The misconduct the defendant issued plaintiff for filing his grievance against Albion and his lawsuit against Smithfield.

**EXHIBIT C** - Letter from Huntingdon County Courthouse.

**EXHIBIT D** - Order granting plaintiff leave to proceed in forma pauperis in his suit against Smithfield.

**EXHIBIT E** - Affidavit of William Clark.

**EXHIBIT F** - Plaintiff's misconduct witness request form.

**EXHIBIT G** - Plaintiff's misconduct disposition form.

**EXHIBIT H** - Letter from Huntingdon County Courthouse.

1

EXHIBIT I - Sheriff's Return of Service forms in Smithfield suit.

EXHIBIT J - Plaintiff's second misconduct.

EXHIBIT K - Plaintiff's second misconduct disposition form.

EXHIBIT L - Plaintiff's first green sheet from parole.

EXHIBIT M - Plaintiff's second green sheet from parole.

EXHIBIT O - Plaintiff's Cumulative Adjustment Record.

EXHIBIT P - Albion block rules.

EXHIBIT Q - Plaintiff's inmate account statements from September, October and November of 2003.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Respectfully submitted,

3/19/06
Date

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002