Name: [illegible]
Number: DZ0246
10:
ALBION

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, P.a. 16501

RECEIVED

MAR 21 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA