IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN,                          )
    Plaintiff,                    )
                                  )
Vs.                                   )  Civil Action No. 05-93 Erie
                                  )
LT. WILLIAM MCCONNELL,                )
    Defendant.                    )

**O R D E R**

AND NOW, to wit, this 3rd day of April, 2006, after consideration of the

Plaintiff's Appeal of Magistrate Judge's Order dated March 3, 2006

IT IS HEREBY ORDERED that the appeal is DENIED. The March 3, 2006,

Order of United States Magistrate Judge Susan Paradise Baxter is AFFIRMED.

   S/Sean J. McLaughlin
   Sean J. McLaughlin
   United States District Judge

cc: all parties of record