IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN | : CASE NO. 05-93 ERIE |
| | : |
| VS. | : MAGISTRATE JUDGE SUSAN BAXTER |
| | : |
| LT. WILLIAM MCCONNELL | : DISTRICT JUDGE SEAN MCLAUGHLIN |

## PLAINTIFF'S SWORN AFFIDAVIT
## VERIFYING HIS COMPLAINT

I hereby declare under penalty of perjury that the facts contained in my complaint are true and correct, based upon my personal knowledge and that I am able to competently testify to these facts at trial.

Respectfully submitted,

3/19/06
Date

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002