IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN | : CASE NO. 05-93 ERIE |
| | : |
| VS. | : MAGISTRATE JUDGE SUSAN BAXTER |
| | : |
| LT. WILLIAM MCCONNELL | : DISTRICT JUDGE SEAN MCLAUGHLIN |

## CERTIFICATE OF SERVICE

I hereby declare that I mailed a true and correct copy of the attached Response to the Defendant's Statement of Undisputed Facts, Brief in Opposition to the Defendant's Motion for Summary Judgement, Sworn Affidavit in Support of Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgement, Sworn Affidavit Verifying Plaintiff's Complaint, Verified Complaint, Sworn Affidavit Authenticating Plaintiff's Exhibits Opposing the Defendant's Motion for Summary Judgement and the exhibits related thereto to the defendant's counsel at the following address;

Kemal Alexander Mericli
Office of Attorney General
Manor Complex
564 Forbes Ave.
Pittsburgh, PA. 15219

3/19/06
Date

Ryan Kerwin
Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002