Clerk of Court,                                      April 6, 2006

    The enclosed documents were previously received in this court and were just returned to me today because the court mistakenly believed that the affidavit in question related to an amended and not the original complaint. This is perplexing because plaintiff never filed an amended complaint.

    This affidavit verifying my **original** complaint is a vital affidavit necessary to support my brief in opposition to the defendant's motion for summary judgement and it must be forwarded to Judge Baxter immediately and before she rules on the defendant-'s motion for summary judgement.

    Please make sure that this document reaches Judge Baxter and that she understands the mistake so that it does not result in any complications with my pending brief. Thank you for your assistance.

IN RE: TEXT ORDER directing Clerk of Court to Strike the Amended Complaint (58)
      (The complaint being dismissed as an amended complaint is identical to the original complaint)

Respectfully submitted,

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002

**RECEIVED**

APR 1 0 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN | : CASE NO. 05-93 ERIE |
| | : |
| VS. | : MAGISTRATE JUDGE SUSAN BAXTER |
| | : |
| LT. WILLIAM MCCONNELL | : DISTRICT JUDGE SEAN MCLAUGHLIN |

## PLAINTIFF'S SWORN AFFIDAVIT
## VERIFYING HIS COMPLAINT

I hereby declare under penalty of perjury that the facts contained in my complaint are true and correct, based upon my personal knowledge and that I am able to competently testify to these facts at trial.

Respectfully submitted,

3/19/06
Date

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN | : CASE NO. 05-93 ERIE |
| | : |
| VS. | : MAGISTRATE JUDGE SUSAN BAXTER |
| | : |
| LT. WILLIAM MCCONNELL | : DISTRICT JUDGE SEAN MCLAUGHLIN |

### CERTIFICATE OF SERVICE

I hereby declare that I mailed a true and correct copy of the attached Response to the Defendant's Statement of Undisputed Facts, Brief in Opposition to the Defendant's Motion for Summary Judgement, Sworn Affidavit in Support of Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgement, Sworn Affidavit Verifying Plaintiff's Complaint, Verified Complaint, Sworn Affidavit Authenticating Plaintiff's Exhibits Opposing the Defendant's Motion for Summary Judgement and the exhibits related thereto to the defendant's counsel at the following address;

Kemal Alexander Mericli
Office of Attorney General
Manor Complex
564 Forbes Ave.
Pittsburgh, PA. 15219


3/19/06
Date

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

Name: Bryan Brown
Number: DZ0246
Unit/Side: B-A
10745, Route 18
Albion, PA 16475-0002

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, P.a. 16501



RECEIVED
APR 10 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA