Name: Bryon Lewis
Number: DZ0246
Unit/Side: B-A
10745, Route 18
Albion, PA 16475-0002

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pa. 16501

INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$00.39°
MAILED FROM ZIP CODE 16401

RECEIVED
SEP 13 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA