IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN KERWIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-93Erie |
| | ) | District Judge McLaughlin |
| WILLIAM MCCONELL, | ) | Magistrate Judge Baxter |
| Defendant. | ) | |

**O R D E R**

AND NOW, this 29TH day of November, 2006;

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [Document # 52] is dismissed without prejudice as there is an inconsistency as to the exhaustion of administrative remedies between the grounds argued in the motion and the supporting documents. Defendant may file a renewed motion for summary judgment within thirty days.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment [Document # 63] is dismissed without prejudice as there is no supporting brief. Plaintiff may file a renewed motion for summary judgment within thirty days.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE