Name: Rayson Reaves
Number: DZ0846
Unit/Side: B-A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501

16501+1155-99 C021

UNITED STATES POSTAGE
$ 00.63⁰
MAILED FROM ZIP CODE 16401
02 1A
0004335314
DEC 05 2006

RECEIVED
DEC - 6 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA