IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN,             )<br>                              )<br>        Plaintiff,   )<br>                              )<br>V.                         )<br>                              )<br>LT. WILLIAM McCONNELL,  )<br>                              )<br>        Defendant.  ) | Civil Action No. 05-0093E<br><br>Judge Sean J. McLaughlin<br>Mag. Judge Susan Paradise Baxter<br><br><br>Electronically Filed. |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT

AND NOW, comes the defendant, Lt. William McConnell, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Mariah L. Passarelli, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully submits the following:

1.  Plaintiff, Ryan Kerwin, inmate number EZ-0246, is a *pro se* prisoner currently in the custody of the Pennsylvania Department of Corrections (DOC) in the State Correctional Institution at Albion.

2.  Plaintiff has brought the instant action pursuant to 42 U.S.C. § 1983 against an individual employed by the DOC.

3.  An Order was issued by this Honorable Court on November 29, 2006 dismissing without prejudice the defendant's previously filed Motion for Summary Judgment, and directing that the defendant file a Renewed Motion for Summary Judgment within 30 days (i.e., by December 29, 2006). (See Docket # 64).

4.      The Plaintiff has since filed objections that have triggered an investigation of sorts into the ability of the defendant to file this Renewed Motion for Summary Judgment. (See Doc. # 65).

5.      Inasmuch as the results of this investigation may obviate the need for the defendant to file a Renewed Motion for Summary Judgment, the defendant requests an extension of time until January 30, 2007.

WHEREFORE, it is respectfully requested that the defendant be allowed until January 30, 2007 to comply with the (Doc. # 64) November 29, 2006 Order of Court and file the Renewed Motion for Summary Judgment.

Respectfully submitted,

**Thomas W. Corbett, Jr.**
Attorney General

BY:    __/s/  Mariah L. Passarelli_____
MARIAH L. PASSARELLI
Deputy Attorney General
PA I.D. No. 202469

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:  December 18, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, ) | |
| ) | Civil Action No. 05-0093E |
| Plaintiff, ) | |
| ) | |
| V. ) | Judge Sean J. McLaughlin |
| ) | Mag. Judge Susan Paradise Baxter |
| LT. WILLIAM McCONNELL, ) | |
| ) | |
| Defendant. ) | Electronically Filed. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Defendant's Motion for Extension of Time to file Renewed Motion for Summary Judgment** was electronically filed and served upon the following via first-class mail:

RYAN KERWIN
DZ-0246
SCI-Albion
10745 Route 18
Albion, PA  16475-0004

/s/   Mariah   L.   Passarelli_____
MARIAH L. PASSARELLI
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:  December 18, 2006

3