IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN,                )                                                                        | |
|                                             )               Civil Action No. 05-0093E | |
|              **Plaintiff,**        )    | |
|                                             ) | |
| V.                                      )               Judge Sean J. McLaughlin | |
|                                             )               Mag. Judge Susan Paradise Baxter | |
| LT. WILLIAM McCONNELL,   ) | |
|                                             ) | |
|              **Defendant.**    )               Electronically Filed. | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **Defendant's Motion for Extension of Time to file Renewed Motion for Summary Judgment** it is hereby **ORDERED** that this motion is **GRANTED**.


BY THE COURT;

_____
J.