Name: Bryan Brown
Number: DZ0246
Unit/Side: B-A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pa. 16501



$00.63
MAILED FROM ZIPCODE 16401

**RECEIVED**

DEC 1 8 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA