IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN              : CASE #05-93 ERIE
                         :
  VS.                    : MAGISTRATE JUDGE SUSAN BAXTER
                         :
LT. WILLIAM MCCONNELL    : DISTRICT JUDGE SEAN MCLAUGHLIN

---

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO THE COURT'S DECEMBER 20, 2006 ORDER (DOC. #72)**

For the reasons stated in Plaintiff's Motion Requesting the Court to Clarify it's December 20, 2006 Order, plaintiff hereby requests that the court allow him to file his objections, if any, in regards to the issues pertaining to the December 20, 2006 order which are contained in the motion to clarify, 10 days after the court clarifies it's order in conformity with plaintiff's request.

Respectfully submitted,

12/28/06
Date

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN                        : CASE #05-93 ERIE
                                   :
     VS.                           : MAGISTRATE JUDGE SUSAN BAXTER
                                   :
LT. WILLIAM MCCONNELL              : DISTRICT JUDGE SEAN MCLAUGHLIN

---

### CERTIFICATE OF SERVICE

I hereby declare that I mailed a true and correct copy of the attached Motion Requesting the Court to Clarify it's December 20, 2006 Order and Motion for Extension of Time to file Objections to the Court's December 20, 2006 Order to the defendant's counsel at the following address:

Mariah Passarelli
Office of Attorney General
Manor Complex
564 Forbes Ave.
Pittsburgh, PA. 15219


12/28/06
Date

Ryan Kerwin
DZ0246
S.C.I. Albion
10745 Route 18
Albion, PA. 16475-0002