Name: Bryan Koomar
Number: DZ0246
Unit/Side: B-A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pa. 16501



UNITED STATES POSTAGE
$ 00.63⁰
JAN 03 2007
MAILED FROM ZIP CODE 16401

16501+1155-99 C021