Name: Brycen Brown
Number: DZ0246
Unit/Side: B-A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pa. 16501

16501+1133-99 C021

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004335314    $ 00.63⁰
             JAN 08 2007
MAILED FROM ZIP CODE 16401

RECEIVED
JAN - 9 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA