**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RYAN KERWIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. No. 05-93Erie** |
| | ) | **District Judge McLaughlin** |
| **WILLIAM MCCONELL,** | ) | **Magistrate Judge Baxter** |
| **Defendant.** | ) | |

**O R D E R**

AND NOW, this 10th day of January, 2007;

IT IS HEREBY ORDERED that Plaintiff's motion for speedy disposition [Document # 80] is dismissed as this Court has previously addressed this request for relief. See Document # 72.

IT IS FURTHER ORDERED that Defendant may file an opposition to Plaintiff's motion for summary judgment before February 23, 2007.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE