Name Grover L. Smith

Number DZ 0246

Unit/Side B-A
10745, Route 18
Albion, PA 16475-0002



INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE

02 1A
0004355314   JAN 17 2007
MAILED FROM ZIP CODE 16401

$ 00.63⁰

Clerk of Court

United States District Court

Western District of Pennsylvania

17 South Park Row

Erie, Pa. 16501

RECEIVED

JAN 1 8 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501+1155-33  C021