Clerk of court,                                         January 21, 2007

In re: Kerwin vs. McConnell
    (case #05-93 ERIE)

    On February 20, 2007 I will be moving to the Kintoch Erie Community Correctional Facility, 301 Erie Ave., Philadelphia, PA. 19124. (Phone: 1-(215)-291-7800) Please enter this change of address on the docket but make sure that any court orders entered prior to me moving on February 20th are sent to the Albion address below. Thank you for your time.

                                       Respectfully,

                                        Ryan Kerwin
                                        DZ0246
                                        S.C.I. Albion
                                        10745 Route 18
                                        Albion, PA. 16475-0002



*FILED '07 JAN 23 P2:09 CLERK U.S. DISTRICT COURT*




RECEIVED
JAN 23 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501

Name  Roger Kaunis
Number  DZ0246
Unit/Side  B-A
10745, Route 18
Albion, PA 16475-0002