IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LT. WILLIAM MCCONELL, )<br>)<br>Defendant. ) | Civil Action No. 05-93 Erie |

**ORDER**

AND NOW, this 24th day of January, 2007;

Upon consideration of the Plaintiff, Ryan Kerwin's "Objections to the Magistrate Judge's Orders docketed #'s 72, 77, and 81", which this Court has liberally construed as an appeal of those orders,

It is hereby ORDERED that the Appeal [Doc. No. 83] is DENIED.

s/ Sean J. McLaughlin
United States District Judge
