Bryan Kerwin
Kintzel
301 East Erie Ave.
Philadelphia, PA. 19134

PHILADELPHIA PA 191
04 SEP 2007 PM 9 L

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501

RECEIVED
SEP - 6 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501+1122