RYAN KERWIN
301 EAST ERIE AVE
PHILADELPHIA, PA. 19134

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA 16501