

CLEARED X-RAY SCREENING
Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pa. 16501