**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN KERWIN, | ) | |
|       Plaintiff, | ) | |
|       v. | ) | C.A. No. 05-93 Erie |
| | ) | District Judge McLaughlin |
| LT. WM McCONELL, et al, | ) | Chief Magistrate Judge Baxter |
|       Defendants. | ) | |

**O R D E R**

AND NOW, this 11th day of October, 2007;

IT IS HEREBY ORDERED that this case be referred back to District Judge Sean J. McLaughlin for further proceedings.

                        S/ Susan Paradise Baxter
                        SUSAN PARADISE BAXTER
                        CHIEF UNITED STATES MAGISTRATE JUDGE