IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-93 Erie |
| | )  Judge Sean J. McLaughlin |
| WILLIAM McCONNELL, | )  Mag. Judge Susan Paradise Baxter |
| | ) |
| Defendant. | ) **Electronically Filed** |

## SUBSTITUTION OF COUNSEL

Kindly substitute Tracey A. Wilson, Senior Deputy Attorney General for Mariah A. Passarelli, Deputy Attorney General as counsel of record for defendant Lt. William McConnell, in conjunction with the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:  s/Tracey A. Wilson
Tracey A. Wilson
Deputy Attorney General
Attorney I.D. No. 64350

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date: October 17, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within **Substitution of Counsel** was served upon the following via electronic filing and/or first-class mail on October 17, 2007.

**Ryan Kerwin, DZ-0246**
**Kentoch Group CCC**
**301 East Erie Avenue**
**Philadelphia, PA   19134**

                  By:   /s/ Tracey A. Wilson
                     Tracey A. Wilson
                     Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  October 17, 2007