IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN,  )<br>      Plaintiff,  )<br>  )<br>Vs.  )<br>  )<br>LT. WM MCCONELL  )<br>      Defendants.  ) | CA 05-93 ERIE |

**O R D E R**

AND NOW this 19th day of October, 2007,

IT IS HEREBY ORDERED that this matter be set for jury selection and trial on **November 26, 2007 at 9:00 a.m.**, before the Honorable Sean J. McLaughlin, in Courtroom C, United States District Courthouse, in Erie, Pennsylvania.

IT IS FURTHER ORDERED that the Clerk of Court issue Writ of Habeas Corpus Ad Testificandum to the **Superintendent for SCI Albion, 10745 Route 18, Albion, PA 16475** for the production of the following witness, **WILLIAM CLARK, DD5461** who is currently housed at SCI Albion, to be present for the trial on the above date and time; the witness shall then be returned to their designated institution upon completion of proceedings.

IT IS FURTHER ORDERED that all costs to be borne in conformity with the determination in Story v. Robinson, 689 F. 2d 1176 (3d Cir. 1982) and Garland v. Sullivan, 737 F.2d. 1283(2d Cir. 1984), affirmed, sub nom., Bureau of Corrections v. U.S. Marshal Service, 54 L.W. 4001(1985)

                                        Sean J. McLaughlin
                                        United States District Judge

cc: all counsel/parties of record
    U.S. Marshal Service