IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 05-00093 |
| v. : | |
| : | District Judge Sean J. McLaughlin |
| LT. WM. McCONELL, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Deputy Attorney General Douglas B. Barbour on behalf of defendant Lt. Wm. McConell in conjunction with the above-captioned case.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

/s/ Douglas B. Barbour
DOUGLAS B. BARBOUR
Deputy Attorney General
Litigation Section
PA ID 94105

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within *Notice of Appearance* was served upon the following individual via first-class mail on October 25, 2007:

RYAN KERWIN
Kintoch Erie Community
  Correctional Facility
301 Erie Avenue
Philadelphia, PA 19124

|  |  |
|---|---|
| By: | /s/ Douglas B. Barbour |
|  | DOUGLAS B. BARBOUR |
|  | Deputy Attorney General |

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue, Manor Complex
Pittsburgh, PA 15219

Date:  October 25, 2007