IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN

    VS.                            Civil No. 05-93 Erie

LT. WM MCCONELL

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania    SS:

TO: U.S. Marshal, Western District of Pennsylvania
    SCI ALBION

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on October 19, 2007 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that WILLIAM CLARK, DD5461 be under your custody detained by whatever name he may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Courthouse in the City of Erie, Pennsylvania, on November 26, 2007, at 9:00 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the plaintiff, Ryan Kerwin, or show cause why the said person cannot be produced.

    When the said WILLIAM CLARK is no longer needed as a witness before this Court, he shall be returned to SCI ALBION

    AND have you then and there this Writ.

    WITNESS, the Honorable Sean J. McLaughlin
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 23rd day of October, 2007

**FILED**
**NOV - 1 2007**
CLERK U.S.
T. DIST.

_____
                   Clerk of Court

[Certified Mail Return Receipt (PS Form 3811, January 2005), oriented sideways]

- Article Number: 7160 3901 9846 1435 9246
- Service Type: CERTIFIED MAIL
- Article Addressed to:
  S. Addison
  Adult Records Dept.
  8745 Rt. 18
  Albion, PA 16475-0001
  CA 05-93 E UNIT CONTEST/CIVIL
- Signature: X [signature] — Agent
- Date of Delivery: 10-25-07
- Received 2007 OCT 30 P 4: [illegible], ERIE, PA

FILED
NOV - 1 2007
CLERK U.S. [illegible]
WEST. DIST. [illegible]