IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN,                              )
        Plaintiff,                     )
                                     )
        Vs.                           )          CA 05-93 ERIE
                                     )
LT. WM MCCONELL                           )
        Defendants.                   )

**O R D E R**

            AND NOW this 17th day of October, 2007,

        IT IS HEREBY ORDERED that this matter be set for jury selection and trial on
**November 26, 2007 at 9:00 a.m.**, before the Honorable Sean J. McLaughlin, in Courtroom C,
United States District Courthouse, in Erie, Pennsylvania.

        IT IS FURTHER ORDERED that the Clerk of Court issue Writ of Habeas Corpus
Ad Testificandum to the **Superintendent for SCI Albion, 10745 Route 18, Albion, PA 16475**
for the production of the following witnesses, **ANTHONY DEFRANCO, CZ 3518 and
WILLIAM CLARK, DD5461** who are currently housed at SCI Albion, to be present for the
trial on the above date and time; the witnesses shall then be returned to their designated
institution upon completion of proceedings.

        IT IS FURTHER ORDERED that all costs to be borne in conformity with the
determination in Story v. Robinson, 689 F. 2d 1176 (3d Cir. 1982) and Garland v. Sullivan, 737
F.2d. 1283(2d Cir. 1984), affirmed, sub nom., Bureau of Corrections v. U.S. Marshal Service, 54
L.W. 4001(1985)

                                                             _____
                                                             Sean J. McLaughlin
                                                             United States District Judge

cc: all counsel/parties of record
     U.S. Marshal Service