IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN, ) | |
| ) | **Civil Action No. 05-0093E** |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | **Judge Sean J. McLaughlin** |
| LT. WILLIAM McCONNELL, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2007, it is hereby ORDERED that the **Defendant's Motion in Limine** is GRANTED. Documents P-3, P-4, P-8, P-9, P-10, P-11, P-12, P-13, P-14, P-15, P-16, P-21, P-22, P-23, P-24, P-25, P-26, P-30, P-31, P-44 are excluded in their entirety, document P-38 is excluded to the extent it deals with the irrelevant second misconduct, and all testimony related to these excludable documents is barred.

BY THE COURT:

_____
J.