IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN

    VS.                                                 Civil No. 05-93 Erie

LT. WM MCCONNELL

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania      SS:


TO: U.S. Marshal, Western District of Pennsylvania
    SCI ALBION

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on November 5, 2007 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that
ANTHONY DEFRANCO, CZ 3518

be under your custody detained by whatever name he may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Courthouse in the City of Erie, Pennsylvania, on November 26, 2007, at 9:00 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the Plaintiff, Ryan Kerwin, or show cause why the said person cannot be produced.

    When the said ANTHONY DEFRANCO, CZ3518 is no longer needed as a witness before this Court, he shall be returned to SCI ALBION

    AND have you then and there this Writ.

    WITNESS, the Honorable Sean J. McLaughlin
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 5th day of November, 2007

_____
Clerk of Court

2. Article Number

7160 3901 9846 1435 9093

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes
1. Article Addressed to:

SCI Albion
10745 Rt. 18
Albion, PA 16475
WRIT AD TEST   CA #05-93 E

ATTN: Records

S Form 3811, January 2005

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   ROBERTS
B. Date of Delivery   11/9/07
C. Signature
X   Roberts
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

ERIE, PA

2007 NOV 14 A 10:09
RECEIVED
US MARSHAL

Domestic Return Receipt

FILED
NOV 14 2007
CLERK U.S. DISTRICT COURT
EST. DIST. OF PENN[...]