IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN KERWIN, | ) | |
| | ) | Civil Action No. 05-0093E |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Sean J. McLaughlin |
| LT. WILLIAM McCONNELL, | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed. |

**DEFENDANT'S PROPOSED VERDICT SLIP**

QUESTION 1:

The parties agree that Mr. Kerwin has previously filed a grievance and also filed a lawsuit against DOC employees at SCI-Smithfield. Do you find that these facts were a substantial motivating factor in Lt. McConnell's decision to issue Mr. Kerwin a misconduct?

YES: _____     NO: _____

**IF YOU ANSWER QUESTION 1 "YES," MOVE ON TO QUESTION 2. IF YOU ANSWER QUESTION 1 "NO," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT, AND NOTIFY THE COURT THAT YOU HAVE REACHED A VERDICT.**

QUESTION 2:

      Do you find that, Lt. McConnell would have issued the misconduct, for reasons reasonably related to a legitimate penological interest, even if Mr. Kerwin had not exercised his First Amendment rights?

      YES: _____　　　　　　　　　　　　NO: _____

**IF YOU ANSWER QUESTION 2 "YES," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT, AND NOTIFY THE COURT THAT YOU HAVE REACHED A VERDICT.  IF YOU ANSWER QUESTION 2 "NO,"MOVE ON TO QUESTION 3.**

QUESTION 3:

      Do you find that Lt. McConnell's acts were the proximate or legal cause of damages sustained by Mr. Kerwin?

      YES: _____　　　　　　　　　　　　NO: _____

**IF YOU ANSWER QUESTION 3 "NO," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT, AND NOTIFY THE COURT THAT YOU HAVE**

**REACHED A VERDICT.  IF YOU ANSWER QUESTION 3 "YES," MOVE ON TO QUESTION 4.**

QUESTION 4:

    Do you find that Mr. Kerwin should be awarded damages to compensate for emotional pain and mental anguish?

        YES: \_\_\_\_\_        NO: \_\_\_\_\_

If your answer to Question 4 is YES, in what amount?

    $ _____    Compensatory Damages

    $ _____    Nominal Damages ($1.00)

QUESTION 5:

    Do you find that Lt. McConnell acted with malice or reckless indifference to Mr. Kerwin's federally protected rights and that punitive damages should be assessed against Lt. McConnell?

YES: \_\_\_\_\_        NO: \_\_\_\_\_

If your answer to Question 5 is YES, in what amount?

$ _____        Punitive Damages

Signatures:

DATE: _____

_____
FOREPERSON'S SIGNATURE

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

4