MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Ryan Kerwin )
)
)
Plaintiffs, )
)
Vs. ) Case No. CA 05-93E
)
Lt William McConnell )
)
)
Defendants. )

HEARING ON Motion in Limine [105] & Oral mtn by ∆ granted

Before Judge Sean J. McLaughlin

Held on 11-26-07

Pro Se                                    Tracy Wilson
                                          Douglas Barbour

Appear for Plaintiff                      Appear for Defendant

Hearing begun 8:55 am                     Hearing adjourned to 9:55 am

Hearing concluded C.A.V. _____           Stenographer R. Bench

                                          Clerk RLH

WITNESSES:

Mtn in Limine Granted in Part; Denied in Part for reasons set forth on the record.
∆'s Oral mtn in Limine is Granted