AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

Ryan Kerwin
v.
Lt. William McConnell

**EXHIBIT AND WITNESS LIST**

Case Number: 05-93 Erie

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sean J McLaughlin, USDJ | Pro Se | Tracy Wilson, Doug Barbour |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-26, 11-26 | R. Bench | N. Kierzek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-26 | | | Lt. Wm McConnell - witness |
| | | 11-27 | | | William Clark - witness |
| | | 11-27 | | | Ryan Kerwin - witness |
| | | 11-27 | | | William Rhoades - witness |
| | | 11-27 | | | Richard Spurlock - witness |
| | | 11-27 | | | Rod Showers - witness |
| 1 | | 11-27 | ✓ | ✓ | allegations |
| 2 | | " | ✓ | ✓ | misconduct report dated 8-26-03 |
| 3 | | " | ✓ | ✓ | envelope |
| 4 | | " | ✓ | ✓ | order dated 8-22-03 |
| 5 | | " | ✓ | ✓ | Declaration of William Clark |
| 6 | | " | ✓ | ✓ | inmate request for |
| 7 | | " | ✓ | ✓ | Disciplinary hrg Report |
| 15 | | " | ✓ | ✓ | cumulative adjustment record |
| 28 | | " | ✓ | ✓ | Δ's Response to π's 1st Set of Interrogs |
| 29 | | " | ✓ | ✓ | memo from Δ to William Wolfe 8-27-03 |
| 30 | | " | ✓ | ✓ | Δ's Response to π's 1st Request for Prod. of Docs |
| 31 | | " | ✓ | ✓ | Duty Roster |
| 32 | | " | ✓ | ✓ | Δ's Ans. to Complaint |
| 45 | | " | ✓ | ✓ | Complaint |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages