# CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | CA 05-93 E | Case closed | 11-27, 2007 |
| Before Judge | Sean J. McLaughlin | Judge Charges Jury | 11-27, 2007 |
| Appears for Pltf. | Pro Se | Jury Retires | 11-27, 2007 |
| | | Verdict | 11-28, 2007 |
| Appears for Deft. | Tracy Wilson, Douglas Barbour | | |
| Appears for 3rd pty. | | | |
| Pltf. opens | 11-26, 2007 | Bailiff in charge/Law Clerk | RLH |
| Pltf. rest | 11-27, 2007 | Court Reporter | Ron Bench |
| Pltf. close | 20__ | Deputy Clerk | NK |
| Deft. opens | 11-26, 2007 | | |
| Deft. rest | 11-27, 2007 | | |
| Deft. close | 11-27, 2007 | | |

## JURY

1. Joanne Diefenbach
2. Kylash Chintalapalli
3. Barbara Horner
4. Lloyd Welch
5. Bruce Klien
6. Kathleen Rojodkiewicz
7. Alfreda Kurtich
8. Margaret Lewis

## TRIAL MOTIONS

## TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | 11-26 | 2007 |
| Continues | 11-27 | 2007 |
| Continues | 11-28 | 2007 |
| Trial closed | 11-27 | 2007 |
| Verdict | 11-28 | 2007 |