We have exhibit P-45 which is labeled as the others.

Are we permitted to use this document in deliberation?

*[signature]*