AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

LT. WILLIAM MCCONELL
Defendant

Case Number: 05-93 Erie

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that JUDGMENT be entered in favor of Plaintiff, RYAN KERWIN, and against Defendant, LT. WILLIAM MCCONELL in the amount of $105,000.00.

Approved: Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US
Date: 2007.11.28 13:43:34 -05'00'

Sean J. McLaughlin, U.S.D.J.

Date: 11-28-07

Clerk

(By) Deputy Clerk