**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RYAN KERWIN,** | ) | |
| | ) | **Civil Action No. 05-0093E** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Sean J. McLaughlin** |
| **LT. WILLIAM McCONNELL,** | ) | |
| | ) | |
| **Defendant.** | ) | **Electronically Filed.** |

## ORDER OF COURT

AND NOW, this _____ day of _____,

_____, upon consideration of the defendant's Motion for a New Trial pursuant to

Rule 59, it is hereby ORDERED that the Motion is GRANTED.


BY THE COURT:


_____, J.
The Honorable Sean J. McLaughlin