Bryan Ken
DZ024C
Pintock
301 East Erie Ave.
Philadelphia, Pa. 19134

RECEIVED
JAN - 9 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pa. 16501

First Class