Clerk of Court                                                    1/29/08

In re: Kerwin vs McConnell
        case # 05-93 ERIE

I am the plaintiff in the above captioned case. The defendants have again retaliated against me and I am now reincarcerated and am currently residing at the following address:

S.C.I. Graterford
P.O. Box 244
Graterford, Pa. 19426-0246

Please make this note on the docket so that the court knows where to send its orders in this case. Thank you for your time.

Respectfully,
Ryan Kerwin
DZ0246

FILED
JAN 25 2008
CLERK DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RYAN KERWIN
DZ0246
SCI-Graterford
Box 244
Graterford, PA 19426-0246

INMATE MAIL
PA-DEPARTMENT OF CORRECTIONS

UNITED STATES POSTAGE $00.41° JAN 23 2008
MAILED FROM ZIP CODE 19426

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA. 16501