RYAN KERWIN DZ0246
SCI-Graterford
Box 244
Graterford, PA 19426-0246

INMATE MAIL
PA-DEPARTMENT OF CORRECTIONS

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA. 16501

RECEIVED
FEB - 4 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

US POSTAGE $00.410
FEB 01 2008
MAILED FROM ZIP CODE 19426