In re: Kerwin vs. McConnell
    case # 05-93 ERIE

    I have been told by D.O.C. staff that I am being transferred to S.C.I. Albion, 10745 Route 18, Albion, Pa. 16475, tomorrow and I ask that you please change my address on the docket in the above captioned case.
    Thank you for your assistance.

                      Respectfully,

                      Ryan Kerwin
                      DZ0246

**FILED**
FEB 19 2008
CLERK ... COURT
... SYLVAN...

RYAN KERWIN DZ0246
Box 244
Graterford, PA 19426-0244



INMATE MAIL
PA-DEPARTMENT OF CORRECTIONS

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA. 16501

RECEIVED
FEB 19 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA