5/7/08

Clerk of Court,

In re: Kerwin vs McConnell
case # 05-93 ERIE

MAY 12 2008
CLERK

I am writing to inform you that I have been transferred to another institution and that all future correspondence in the above matter should now be sent to me at S.C.I. Somerset, 1600 Walters Mill Rd., Somerset, Pa. 15510. Please note this change of address on the docket.

Also, I have wrote you several times in the past few months asking for you to provide me with a copy of my trial transcripts from November 26, 27 and 28, 2008. The motion I filed asking for a copy of these transcripts, costs assessable to the defendant (Doc. # 125) was granted by the judge on February 11, 2008. Could you please see to it that these transcripts are sent to me this time.

Furthermore, I have been enduring severe retaliation by the defendants (D.O.C.) since winning the verdict in the above case. I am curious as to why there has not yet been a decision on post verdict motions in this case and want to make sure that there wasn't one and that the defendants didn't intercepted and stopped the ruling from reaching me. Could you please put my fears to rest and let me know whether or not the judge has already issued an order on the post verdict motions in this case. If there was a decision please send it to me at once.

Thank you very much for your time and I await your response.

Respectfully,

Bryan Kerwin
DZ0246

NAME Bryan Brown
NUMBER DZ0246

INMATE MAIL
PA DEPT. OF CORRECTIONS

1600 Walters Mill Rd., Somerset, PA 15510

RECEIVED

MAY 12 2008

CLERK
WEST. DIST. OF PENNA.

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501

16501131155

UNITED STATES POSTAGE
$ 00.41⁰
MAY 08 2008
MAILED FROM ZIP CODE 15510