# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## WESTERN DISTRICT OF PENNSYLVANIA
## P. O. BOX 1820
## ERIE, PA. 16507

WWW.PAWD.USCOURTS.GOV
ROBERT V. BARTH, JR.   IN REPLYING, GIVE NUMBER
CLERK OF COURT   OF CASE AND NAMES OF PARTIES
814-464-9600

PLEASE FILL OUT THE FOLLOWING AND MAIL IT BACK IN THE ENCLOSED ENVELOPE SO THAT WE CAN KEEP OUR RECORDS UPDATED

## CHANGE OF ADDRESS

NAME  RYAN KERWIN

NEW ADDRESS  S.C.I. SOMERSET, 1600 WALTERS MILL ROAD, SOMERSET, PA 15510

## CASES IN THE US DISTRICT COURT FOR WESTERN PENNSYLVANIA:

KERWIN VS. MCCONNELL, CASE # 05-93 ERIE

KERWIN VS. HALL, ET AL., CASE # 08-179 ERIE

**RECEIVED**

JUL 2 5 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA