## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN KERWIN,            )<br>                         )<br>         Plaintiff,   )<br>                         )<br>     v.                  )<br>                         )<br>LT. WILLIAM MCCONELL,    )<br>                         )<br>         Defendant.      ) | Civil Action No. 05-93 Erie |

## AMENDED JUDGMENT

AND NOW, this 28th day of October, 2008, the Plaintiff having failed to inform the Court in writing that he refuses the remittitur and opts to proceed to a new trial as to the issue of punitive damages pursuant to this Court's order dated September 30, 2008 [Doc. No. 135],

IT IS HEREBY ORDERED THAT Judgement is entered in favor of the Plaintiff, Ryan Kerwin, and against the Defendant, Lt. William McConell, in the amount of $12,500.00.

s/ Sean J. McLaughlin<br>
United States District Judge

cm: All parties of record.